# In The United States Court of Federal Claims

Nos. 13-00006C; and 13-06000C thru 13-06356C

(Filed:  December 5, 2013)

_____

PUBLIC HOUSING AUTHORITIES
DIRECTORS ASSOCIATION, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a preliminary status conference was held in this case.  Participating for plaintiffs was Carl A.S. Coan, III, and for defendant was Ellen M. Lynch.  Pursuant to the discussion, the court hereby adopts the following schedule:

1. On or before June 20, 2014, the parties shall conclude written fact discovery as to Count I of the complaint; and

2. On or before August 8, 2014, the parties shall file a joint status report regarding whether they have reached an agreement about whether there should be test plaintiffs and proposing a schedule for the remainder of discovery.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge